12 CIV 1027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,            :

        Plaintiff,        :

    -against-                  :        12 Civ.

JOHN DOE NOS. 1-37,                 :

        Defendants.       :

- - - - - - - - - - - - - - - x

RECEIVED FEB 09 2012 U.S.D.C. S.D.N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of said party.

DATE: 2/8/12

_William Dunnegan_
SIGNATURE OF ATTORNEY